Ryan M. McNamara, Bar No. 223606
  rmcnamara@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendants American Assets Trust, Inc. and AAT Del Monte, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON SHERRY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN ASSETS TRUST, INC., a Maryland corporation; and AAT DEL MONTE, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No.  5:23-cv-02648-NC<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br><br>([Proposed] Order lodged concurrently herewith)<br><br>Complaint Filed:  May 28, 2023<br>Trial Date:         None Set |

IT IS HEREBY STIPULATED by and between Plaintiff Jackson Sherry and Defendants American Assets Trust, Inc. and AAT Del Monte, LLC, by and through their respective counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action be dismissed in its entirety and as to all claims and causes of action with prejudice. The parties to this Stipulation are to bear their own respective attorneys' fees, costs, and expenses as against each other.

Dated: September 8, 2023

CALL & JENSEN
A Professional Corporation
Ryan M. McNamara

By: */s/ Ryan M. McNamara*
Ryan M. McNamara

Attorneys for Defendants American Assets Trust, Inc. and AAT Del Monte, LLC

Dated: September 8, 2023

ALLACCESS LAW GROUP

By: */s/ Irakli Karbelashvili*
Irakli Karbelashvili

Attorneys for Plaintiff Jackson Sherry

### SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Irakli Karbelashvili, counsel for Plaintiff Jackson Sherry, and that I have obtained Mr. Karbelashvili's authorization to affix his electronic signature to this document.

By: */s/ Ryan M. McNamara*
Ryan M. McNamara

Attorneys for Defendants American Assets Trust, Inc. and AAT Del Monte, LLC