# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON SHERRY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN ASSETS TRUST, INC., a Maryland corporation; and AAT DEL MONTE, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No.  5:23-cv-02648-NC<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** |
| | Complaint Filed:  May 28, 2023<br>Trial Date:　　　None Set |

AME29-02:9-8-23　　　　　　　　　　- 1 -

ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to all claims and causes of action.

2. The parties are to bear their respective attorneys' fees, costs, and expenses as against each other.

**IT IS SO ORDERED.**

Dated: September 11, 2023



Hon. Nathanael M. Cousins
United States Magistrate Judge



AME29-02:9-8-23

- 2 -

ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)